

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada
   Nevada Bar Number 13644
3  JENNIFER J. OXLEY
   Assistant United States Attorney
4  501 Las Vegas Boulevard South, Suite 1100
   Las Vegas, Nevada 89101
5  (702) 388-3663
   jennifer.oxley@usdoj.gov
6
   *Attorneys for the United States of America*
7



8  UNITED STATES DISTRICT COURT
   DISTRICT OF NEVADA
9

10  UNITED STATES OF AMERICA,          Case No.   2:20-mj-232-BNW

11                 Plaintiff,           GOVERNMENT'S *EX PARTE*
                                        APPLICATION REQUESTING
12         vs.                          SEALING OF THE COMPLAINT

13  JOHNNY DUNNY,                       (Under Seal)

14                 Defendant.

15

16     The United States of America, by and through NICHOLAS A. TRUTANICH, United

17  States Attorney, and Jennifer Oxley, Assistant United States Attorney, respectfully moves this

18  Honorable Court for an Order sealing the Complaint, together with this Application, and the

19  Court's Sealing Order, in the above-captioned matter, until such time as this Honorable Court,

20  or another Court of competent jurisdiction, shall order otherwise.

21     The Government submits that it is necessary for said documents to be sealed in light of

22  the fact that they make reference to information regarding an a gun sale to an undercover police

23  officer, who continues to be involved in investigations involving the same network of individuals.

24  The Government submits that disclosure of the information may possibly jeopardize the

investigation, risk the officer's safety, and permit further flight in order to avoid prosecution. The Government submits that its right to secrecy far outweighs the public's right to know of the allegations contained in the Complaint.

DATED this 26th day of March, 2020.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Jennifer J. Oxley
JENNIFER J. OXLEY
Assistant United States Attorney

2

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHNNY DUNNY,<br><br>Defendant. | Case No. 2:20-mj-232-BNW<br><br>ORDER TO SEAL<br><br>(Under Seal) |

Based on the pending *Ex Parte* Application of the Government, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Complaint, the Government's Application and this Court's Sealing Order, in the above-captioned matter, shall be sealed until further Order of the Court.

DATED this 26th day of March, 2020.

_____
HONORABLE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

3