RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
LARONDA R. MARTIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
LaRonda_Martin@fd.org

Attorney for Johnny Dunny

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>JOHNNY DUNNY,<br><br>           Defendant. | Case No. 2:20-cr-00100-APG-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Peter S. Levitt, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and LaRonda R. Martin, Assistant Federal Public Defender, counsel for Johnny Dunny, that the Sentencing Hearing currently scheduled on May 10, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. The defense needs additional time to gather evidentiary documents in support of factual and legal objections to presentence report and mitigation arguments for sentencing.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

1. This is the first request for a continuance of the sentencing hearing.

2. DATED this 18th day of April, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ *LaRonda R. Martin*<br>LARONDA R. MARTIN<br>Assistant Federal Public Defender | By /s/ *Peter S. Levitt*<br>PETER S. LEVITT<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHNNY DUNNY,<br><br>    Defendant. | Case No. 2:20-cr-00100-APG-NJK<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Friday, April 29, 2022 at 10:30 a.m., be vacated and continued to <u>July 20, 2022</u> at the hour of <u>10:00 a</u>.m. in Courtroom 6C; or to a time and date convenient to the court.

DATED this <u>19th</u> day of April, 2022.

                                                    UNITED STATES DISTRICT JUDGE