Prob12B
D/NV Form
Rev. June 2014

**United States District Court**
**for**
**the District of Nevada**

---

**REQUEST FOR MODIFICATION**
**TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**April 25, 2023**

---

Name of Offender: **Johnny Dunny**

Case Number:  **2:20CR00100**

Name of Sentencing Judicial Officer: **Honorable Andrew P. Gordon**

Date of Original Sentence: **August 17, 2022**

Original Offense: **Prohibited Person in Possession of a Firearm**

Original Sentence: **51 Months prison, followed by 36 Months TSR.**

Anticipated Date of Supervision Commencement: **October 15, 2023**

Name of Assigned Judicial Officer: **Honorable Andrew P. Gordon**

---

**PETITIONING THE COURT**

☒ To modify the conditions of supervision as follows:

1. **Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 90 days. You must follow the rules and regulations of the center.

---

**CAUSE**

On August 17, 2022, Johnny Dunny was sentenced to a term of 51 months imprisonment followed by three (3) years supervised release for committing the offense of Prohibited Person in Possession of a Firearm, a Class C Felony. Dunny is scheduled to release from custody on October 15, 2023.

At this time, Dunny does not have a viable residence in the District of Nevada. As such, the undersigned officer respectfully requests that Dunny's conditions be modified to include up to 90 days of public law placement at the Residential Reentry Center (RRC). The placement will afford Dunny the opportunity to obtain suitable housing.

**RE: Johnny Dunny**

Prob12B
D/NV Form
Rev. June 2014

Dunny is in agreement with the modification as evident by his signature on the attached Waiver of Hearing to Modify Conditions of Supervised Release (Prob 49). Should the Court have any questions or need further information, the Probation Office will be available at the Court's discretion.

Respectfully submitted,

*Briana Casey*
Digitally signed by
Briana Casey
Date: 2023.04.25
08:20:30 -07'00'

_____
Briana Casey
United States Probation Officer Assistant

Approved:

*Joy G.*
Digitally signed by Joy Gabonia
Date: 2023.04.25 08:17:36
-07'00'

_____
Joy Gabonia
Supervisory United States Probation Officer

## *THE COURT ORDERS*

☐   No Action.

☐   The extension of supervision as noted above.

☑   The modification of conditions as noted above

☐   Other (please include Judicial Officer instructions below):

-----------------------------------------------------------------------------------

-----------------------------------------------------------------------------------

-----------------------------------------------------------------------------------

_____
Signature of Judicial Officer

April 26, 2023
_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## District of Nevada

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. **Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 90 days. You must follow the rules and regulations of the center.

Witness K. Marshall
U.S. Probation Officer

Signed
Probationer or Supervised Releasee

4/5/2023
Date